**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RIDUAN BIN ISOMUDDIN HAMBALI,

Petitioner,

v.

BARACK OBAMA, et al.,

Respondents.

Civil Action No. 10-0407 (JDB)

**ORDER**

Upon consideration of [55] Respondents' Supplemental Motion to Deem Protected Additional Words in the Proposed Public Factual Return for ISN 10019, and a review of the proposed additional redactions, it is hereby **ORDERED** that Respondents' motion is **GRANTED**. The information identified by Respondents with green highlighting in the version of the factual return submitted under seal to the Court as Appendix A to Respondents' supplemental motion is deemed protected, pursuant to paragraphs 10 and 34 of the Protective Order governing this proceeding. It is further **ORDERED** that Respondents file on the public record, through the Court's Electronic Case Filing system, a public version of the factual return from which the information that was highlighted in green in Appendix A to Respondents' supplemental motion has been redacted.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated: December 26, 2012